# Third District Court of Appeal

## State of Florida

Opinion filed June 21, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0023
Lower Tribunal Nos. F96-8613, F96-8615, & F96-8611
_____

**Tarresse Leonard,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Laura Anne Stuzin, Judge.

Tarresse Leonard, in proper person.

Ashley Moody, Attorney General, and Richard L. Polin, Assistant Attorney General, for appellee.

Before EMAS, MILLER, and BOKOR, JJ.

PER CURIAM.

Affirmed.  See State v. Smith, 547 So. 2d 613, 616 (Fla. 1989) ("[I]t is firmly established law that the statutes in effect at the time of commission of a crime control as to the offenses for which the perpetrator can be convicted, as well as the punishments which may be imposed."); Walton v. State, 246 So. 3d 246, 252 (Fla. 2018) ("Viewing decisional changes in the law as newly discovered 'facts' would erase the need for a retroactivity analysis pursuant to [Witt v. State, 387 So. 2d 922 (Fla. 1980)].").